## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK MARTINOLCH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO.   15-5376** |
| **NEW ORLEANS HEARST TELEVISION, INC.** | **SECTION "B" (3)** |

## <u>ORDER</u>

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the Motion for Sanctions [Doc. #101] is GRANTED but only to the extent that any opinions and testimony from a physician – treating or otherwise – that necessitates the use of information learned beyond the scope of plaintiffs' treatment should be stricken as untimely and for failure to timely disclose their expert report in conformity with the higher standard under Rule 26(a)(2)(b).   If, on the other hand, the opinions and testimony of plaintiffs' treating physicians are derived from information learned during the course and scope of plaintiffs' treatment, the physicians were required only to produce an expert disclosure under the lower standard, and such disclosure 90 days before trial was timely. In all other respects, the motion be denied.

New Orleans, Louisiana, this __3rd__ day November, 2017.


_____
SENIOR UNITED STATES DISTRICT JUDGE